84,107-02

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 23 2015

Abel Acosta, Clerk

IN THE
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS

EX PARTE                    §
                            §
                            §    No. 2013-29-C1B
AUGUSTIN JIMENEZ            §

APPLICANT'S ANSWER TO STATE'S ANSWER
AMENDING GROUDS AND BRIEF/MEMORANDUM

TO THE HONORABLE JUDGES OF SAID COURT:

NOW COMES, Augustine Jimenez, Applicant prose by and through himself in the above title and captioned cause with the Applicant's Answer To State's Answer Amending Grounds and Brief and Memorandum as grounds show the Court the following before the Court receive and make its judgment pertaining to the Applicant's Writ of Habeas Corpus Application:

I.

Applicant's Writ of Habeas Corpus Application, Motion For Evidentiary Hearing, Motion For Appointment of Counsel and Order Designating Issue was filed with the District Court Clerk on October 28, 2015.

II.

Writ of Habeas Corpus Application was e-mail to District Attorney on November 9, 2015 as well as the Motions and Order.

## III.

STATE file its answer To the Applicant's Application on November 9, 2015 at 1:58 pm with the District Clerk of McLennan County, Texas.

## IV.

Trial Court filed its finding of fact and conclusions of law, recommendation, and order on November 9, 2015 at 2:04 pm with the District Clerk of McLennan County, Texas.

## V.

The State's Answer and Court's Findings was mail to the Applicant on November 11, 2015. Applicant receive the notice on November 17th through the Beto Unit mail (legal) a service.

## VI.

Applicant file a response to the State's answer and Court's findings and order, by amending the grounds and the Brief and Memorandum in support, and mail the documents to the District Clerk of McLennan County, Texas to be delivered to the State and the Court, on the 18th day of November, 2015. by U.S. mail in the Beto Unit post box.

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing document Applicant's Answer To State's Answer Amending Grounds And Brief/Memorandum was served upon District Attorney, 219 North 6th Street, Suite, Waco, Texas 76701; 19th Judicial District Court, 501 Washington Ave., Room 303, Waco, Texas 76701; Jon R. Gimble, District Clerk, P.O. Box 2451, Waco, Texas 76703 by U.S. Mail on this the 18th day of November, 2015.

Augustine Jimenez

## CONCLUSION AND PRAYER

WHEREFORE, the Applicant respectfully prays that this Honorable Court, to allow the Applicant sufficient time to respond to the State's Answer and Court's Findings of Fact and Conclusion of Law before the Court receive and make its Judgment upon the Applicant's Writ of Habeas Corpus Application.

Respectfully Submitted,

Augustine Jimenez
TDCJ-ID: 1880558
BETO UNIT
1391 FM 3328
Tennessee Colony, Tx. 75880